UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7851

GALEN HYMAN,

Petitioner - Appellant,

versus

EARL BESHEARS, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-94-3113-AMD)

Submitted:  March 26, 1996          Decided:  April 16, 1996

Before WIDENER, HALL, and ERVIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Galen Hyman, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Tarra R. DeShields-Minnis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Galen Hyman appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition challenging the sufficiency of the evidence to convict him of conspiracy and alleging ineffective assistance of counsel. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm the dismissal of those claims on the reasoning of the district court. Hyman v. Beshears, No. CA-94-3113-AMD (D. Md. Oct. 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2